BROOKLYN SAVINGS BANK v. VINTON APARTMENTS.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF L. D.

July 21, 1980.

Petition for certification denied. (See 174 *N.J.Super.* 263)

STATE OF NEW JERSEY v. KEITH MEIGHAN.

July 21, 1980.

Petition for certification denied. (See 173 *N.J.Super.* 440)

ELAINE MARINELLI MACCIOLI v. LIONEL A. MANT, JR.

July 21, 1980.

Petition for certification denied.

GENEVA TERRY v. MERCER COUNTY BOARD OF
CHOSEN FREEHOLDERS.

July 21, 1980.

Petition for certification granted. (See 173 *N.J.Super.* 249)